IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JENNIFER CLEMMONS**, on behalf of herself and others similarly situated, | ) ) ) | Case No. 6:25-cv-00395-LS |
| | ) | Judge Leon Schydlower |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | |
| **CORNERSTONE CAREGIVING, LLC,** | ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jennifer Clemmons and Defendant Cornerstone Caregiving, LLC represent that all claims are dismissed *without prejudice*.

Respectfully submitted,

*/s/ Hans A. Nilges*
Hans A. Nilges (OH 0076017)
**NILGES DRAHER LLC**
7034 Braucher Street NW, Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
hnilges@ohlaborlaw.com

Scott D. Perlmutter (OH 0082856)
**TITTLE & PERLMUTER**
4106 Bridge Ave.
Cleveland, OH 44113
Telephone: (216) 308-1522
Facsimile: (888) 604-9299
scott@tittlelawfirm.com

*Attorneys for Plaintiffs*

*/s/ Robert J. Hingula (with permission)*
Robert J. Hingula (MO56353)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 572-4469
rhingula@polsinelli.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2026 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ *Hans A. Nilges*

      *Counsel for Plaintiffs*